**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WICKENSON DEMAITRE,

                    Plaintiff,

-against-                                     18 **CIVIL** 12403 (PGG)

                                                     **JUDGMENT**

CITY OF NEW YORK, RICHARD ASKIN,
Individually and as Special Investigator, JOHN
DOES and JANE DOE, 1 through 20,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2021, Plaintiff's motion for leave to file a Second Amended Complaint is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      September 27, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                                  **BY:**              *K. Mango*
                                                        _____
                                                         **Deputy Clerk**